374 A.2d 696

Bauer v. Bauer, Appellant.

Argued March 21, 1977. C. Richard Morton, for appellant; Thomas O. Malcolm, for appellee.

OPINION PER CURIAM: Decree affirmed. Having made an independent study of the entire record, we are of the opinion that the court below properly granted a decree in divorce in this case.